JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING, and DOES 1 through 10, inclusive, and each of them, <br><br> Defendant(s). | Case No. 2:22-cv-09242-DSF-MAR <br><br> **ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to Plaintiff and without prejudice as to the putative Class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 1st day of May, 2023.

_____
The Honorable Dale S. Fischer
United States District Judge